1  CARL A. LUX #192963
   2135 Santa Anita Avenue
2  Altadena, CA
   (888) 882-5610 (Telephone)
3  (888) 730-8950

4

5

6                           **U.S. Bankruptcy Court**
                     **Central District of California (Los Angeles)**
7

8  **DEBTOR**                                    )    **Bankruptcy Petition #: 11-16512-EC**
   **JOSEPH SIDNEY CARACCIOLO**                  )                    )
9  **DEBORAH LYNN CFARACCIOLO**                  )    **Chapter 7**
                                                  )    **DEBTORS' EX PARTE MOTION TO VACATE**
10                                                    **COURT'S ORDER OF DISMISSAL**

11

12 **TO THE HONORABLE, UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

13     NOW COME, Debtors by and through their attorney of record and files this their Ex Parte

14 Motion to Vacate the Order of Dismissal which was entered by this Court on March 16, 2011 and would

15 respectfully show the court as follows:

16     1.    This Chapter 7 proceeding was dismissed on March 16, 2011 because of the Debtors'

17 failure to file the required Declaration of Electronic Filing and Statement of Social Security forms with

18 the Court.  These documents were mailed to the Sacramento Bankruptcy Clerk's office instead of the Los

19 Angeles Court.  The Debtors' failure to file these documents was a clerical error and was not intentional.

20 Debtors will immediately cure this deficiency.

21     WHEREFORE, Debtors pray for an Order:

22     A.    Reopening this Chapter 7 proceeding; and;.

23     B.    Granting such other relief as the Court deems proper.

24

25

26

DATED: March 17, 2011.

                              Respectfully Submitted,

                              /s/ Carl Lux _____
                              **Carl A. Lux** (192963)
                              Attorney for Debtor

## **CERTIFICATE OF SERVICE**

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this motion was served by first class mail on this the 17th day of March, 2011 on the following parties affected thereby:

Joseph C Delmotte on behalf of Creditor HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Asset-Backed Pass-Through Certificates Series 2007-AR7
ecfcacb@piteduncan.com

Christopher M McDermott on behalf of Interested Party Courtesy NEF
ecfcacb@piteduncan.com

John J Menchaca (TR)
igaeta@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Gilbert B Weisman on behalf of Creditor American Express Bank FSB
notices@becket-lee.com

                              /s/ Carl A. Lux _____

                              Carl A. Lux