CARL A. LUX #192963
2135 Santa Anita Avenue
Altadena, CA
(888) 882-5610 (Telephone)
(888) 730-8950

**U.S. Bankruptcy Court**
**Central District of California (Los Angeles)**

| | |
|---|---|
| **DEBTOR** ) | **Bankruptcy Petition #: 11-16512** |
| **Joseph Caracciolo** ) | |
| **Deborah Caracciolo** ) | |
| ) | **Chapter 7** |
| ) | **DEBTORS' FIRST AMENDED MOTION TO VACATE COURT'S ORDER OF DISMISSAL** |

**TO THE HONORABLE JUDGE ELLEN CARROLL, UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

NOW COMES, Debtors by and through their attorney of record and files this their First Amended Motion to Vacate the Order of Dismissal which was entered by this Court on March 16, 2011 and would respectfully show the court as follows:

1.  This Chapter 7 proceeding was dismissed on March 16, 2011 because of the Debtor's failure to file the required Declaration of Electronic Filing and Statement of Social Security forms with the Court.

2.  Because the aforementioned documents require original signatures for filing, the attorney for the Debtors sent the documents to the Debtors to sign and send directly to the court.

3.  Debtors maintain that they sent these documents directly to the court prior to the court's deadline for receiving them. Accordingly, it appears the failure to file these documents was a court administrative error and was not intentional or even inadvertent on the part of the Debtors.

3. The attorney for the Debtors has changed its protocol for filing documents and will file all court documents directly with the court to ensure timely delivery rather than relying on its clients to file documents.

WHEREFORE, Debtor prays for an Order:

A. Reopening this Chapter 7 proceeding; and

B. Granting such other relief as the Court deems proper.

DATED: March 24, 2011.

                                  Respectfully Submitted,

                                  /s/ Carl Lux_____
                                  **Carl A. Lux** (192963)
                                  Attorney for Debtor

### **CERTIFICATE OF SERVICE**

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this motion was served by first class mail on this the 24th of March, 2011 on the following parties affected thereby:

Trustee
John J Menchaca (TR)
835 Wilshire Blvd., Suite 300
Los Angeles, CA 90017

Office of the U.S. Trustee
725 S. Figueroa Street 26th Floor
Los Angeles, CA 90017

                                  /s/ Carl A. Lux_____

                                  Carl A. Lux