| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Attorney for Debtor(s)* <br> ☐ *Debtor(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _____ DIVISION**

| In re: | CASE NO.: |
|---|---|
| | CHAPTER: |
| | **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)** |
| | [No hearing unless requested in writing] |
| Debtor(s). | |

**TO THE U.S. TRUSTEE AND ALL PARTIES IN INTEREST. PLEASE TAKE NOTICE THAT:**

1. Movant(s) _____, has filed a motion entitled _____ .

2. Movant(s) is requesting that the court grant the motion without a hearing, as provided for in LBR 9013-1(o).

3. The motion is based upon the legal and factual grounds set forth in the Motion and briefly described in the attached Description of Relief Sought. (*Check appropriate box below*):

    ☐ The full motion is attached hereto; or
    ☐ The full motion has been filed with the court, and a detailed description of the relief sought is attached hereto.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party objecting to the motion may request a hearing on the motion. The deadline for filing and serving a written opposition and request for a hearing is 14 days after the date of service of this notice, plus an

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*     Page 1     **F 9013-1.2.NOTICE.NO.HEARING**

additional 3 days unless the notice of motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B).  If you fail to comply with this deadline, the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion without further hearing and notice.

Dated: _____      Respectfully submitted,

By: _____*Carl A. F*_____
*Signature of Movant or Attorney for Movant*

Name: _____
*Type Name of Movant or Attorney for Movant*

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 2    **F 9013-1.2.NOTICE.NO.HEARING**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____   _____   _/s/ Carl A. L_____
Date                Type Name                         Signature

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                Page 3                        **F 9013-1.2.NOTICE.NO.HEARING**

1  CARL A. LUX #192963
   2135 Santa Anita Avenue
2  Altadena, CA
   (888) 882-5610 (Telephone)
3  (888) 730-8950

4

5

6                          **U.S. Bankruptcy Court**
                    **Central District of California (Los Angeles)**
7

8  **DEBTOR**                                        )   **Bankruptcy Petition #: 11-16512**
   **Joseph Caracciolo**                             )
9  **Deborah Caracciolo**                            )
                                                     )   **Chapter 7**
10

11                                                   )   **DEBTORS' FIRST AMENDED MOTION TO**
                                                         **VACATE COURT'S ORDER OF DISMISSAL**
12

13 **TO THE HONORABLE JUDGE ELLEN CARROLL, UNITED STATES BANKRUPTCY**
   **COURT JUDGE, THE TRUSTEE AND OTHER INTERESTED PARTIES:**
14
           NOW COMES, Debtors by and through their attorney of record and files this their First Amended
15
   Motion to Vacate the Order of Dismissal which was entered by this Court on March 16, 2011 and would
16
   respectfully show the court as follows:
17
           1.      This Chapter 7 proceeding was dismissed on March 16, 2011 because of the Debtor's
18
   failure to file the required Declaration of Electronic Filing and Statement of Social Security forms with
19
   the Court.
20
           2.      Because the aforementioned documents require original signatures for filing, the attorney
21
   for the Debtors sent the documents to the Debtors to sign and send directly to the court.
22
           3.      Debtors maintain that they sent these documents directly to the court prior to the court's
23
   deadline for receiving them.  Accordingly, it appears the failure to file these documents was a court
24
   administrative error and was not intentional or even inadvertent on the part of the Debtors.
25

26

3. The attorney for the Debtors has changed its protocol for filing documents and will file all court documents directly with the court to ensure timely delivery rather than relying on its clients to file documents.

WHEREFORE, Debtor prays for an Order:

A. Reopening this Chapter 7 proceeding; and

B. Granting such other relief as the Court deems proper.

DATED: March 24, 2011.

                              Respectfully Submitted,

                              /s/ Carl Lux_____
                              **Carl A. Lux** (192963)
                              Attorney for Debtor

### **CERTIFICATE OF SERVICE**

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this motion was served by first class mail on this the 24th of March, 2011 on the following parties affected thereby:

Trustee
John J Menchaca (TR)
835 Wilshire Blvd., Suite 300
Los Angeles, CA 90017

Office of the U.S. Trustee
725 S. Figueroa Street 26th Floor
Los Angeles, CA 90017

                              /s/ Carl A. Lux

                              Carl A. Lux

**Case Number:    2:11-bk-16512-EC**

2:11-bk-16512-EC|American Express Bank FSB |c/o Becket and Lee LLP|POB 3001|Malvern, PA 19355-0701
2:11-bk-16512-EC|Courtesy NEF
2:11-bk-16512-EC|HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Asset-Backed Pass-Through Certificates Series 2007-AR7
2:11-bk-16512-EC| |Los Angeles Division|255 East Temple Street,|Los Angeles, CA 90012
2:11-bk-16512-EC|1st Source |205 Bryant Woods|South Amherst, NY 14228
2:11-bk-16512-EC|A & S Collections |PO Box 395|Williamstown, VT 05679
2:11-bk-16512-EC|BAC HOME LOANS/COUNTRYWIDE |450 AMERICAN ST # SV416|SIMI VALLEY, CA 93065
2:11-bk-16512-EC|BANK OF AMERICA |PO BOX 17054|WILMINGTON, DE 19850
2:11-bk-16512-EC|Bank Of America |PO Box 9048|Temecula, CA 92589
2:11-bk-16512-EC|Beaumont Gitlin Tashjian |21650 Oxnard St|Woodland Hills, CA 91367
2:11-bk-16512-EC|Brian Condon And Assoc. |7131 W. Manchester Ave Ste 200|Los Angeles, CA 90045
2:11-bk-16512-EC|CACH LLC/COLLECT AMERICA |370 17TH ST STE 5000|DENVER, CO 80202
2:11-bk-16512-EC|CAPITAL ONE |PO BOX 30281|SALT LAKE CITY, UT 84130
2:11-bk-16512-EC|CBE GROUP |131 TOWER PARK DR STE 100|WATERLOO, IA 50701
2:11-bk-16512-EC|CHASE BANK USA |PO BOX 15298|WILMINGTON, DE 19850
2:11-bk-16512-EC|CHATSWORTH, CA 91311
2:11-bk-16512-EC|CMRE FINANCIAL SERVICES |3075 E IMPERIAL HWY STE 200|BREA, CA 92821
2:11-bk-16512-EC|COLLECTION CONNECTION |9430 TOPANGA CANYON BLVD 206
2:11-bk-16512-EC|Creditor Name |Street address|City, Zip
2:11-bk-16512-EC|DEBT CREDIT SERVICES |2493 ROMIG RD|AKRON, OH 44320
2:11-bk-16512-EC|ESSEX CREDIT CORP |12677 ALCOSTA BLVD STE 200|SAN RAMON, CA 94583
2:11-bk-16512-EC|GC Service |PO Box 7835|Baldwin Park, CA 91706
2:11-bk-16512-EC|GE MONEY LINE OF CREDIT |PO BOX 30762|SALT LAKE CITY, UT 84130
2:11-bk-16512-EC|HSBC BANK |PO BOX 5253|CAROL STREAM, IL 60197
2:11-bk-16512-EC|J & D Nationwide Investments, LLC |Lerner Sampson Rothfuss|12o E 4th Street, 8th Floor|Cincinnati, OH 45202-4007
2:11-bk-16512-EC|LVNV FUNDING, LLC |PO BOX 10497|GREENVILLE, SC 29603
2:11-bk-16512-EC|Linebarger Goggan Blair & Sampson |1 Commerce Square|Memphis, TN 38101
2:11-bk-16512-EC|TOYOTA MOTOR CREDIT CORP |225 W HILLCREST DR STE 400|THOUSAND OAKS, CA 91360
2:11-bk-16512-EC|US BANK HOME MORTGAGE |4801 FREDERICA ST|OWENSBORO, KY 42301
2:11-bk-16512-EC| United States Trustee (LA) |725 S Figueroa St., 26th Floor|Los Angeles, CA 90017
2:11-bk-16512-EC|WELLS FARGO HOME MORTGAGE |PO BOX 10335|DES MOINES, IA 50306
2:11-bk-16512-EC|Carl A Lux |Carl Lux|2135 Santa Anita Ave|Altadena, CA 91001
2:11-bk-16512-EC|Deborah Lynn Caracciolo |26821 Pine Hallow Court|Valencia, CA 91381
2:11-bk-16512-EC|John J Menchaca (TR) |835 Wilshire Blvd., Suite 300|Los Angeles, CA 90017
2:11-bk-16512-EC|Joseph Sidney Caracciolo |26821 Pine Hallow Court|Valencia, CA 91381